| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | SHERRI W. HOBSON |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 142947 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5027/(619) 557-3445 (fax) |
| | Email: sherri.hobson@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08mj1476 |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| SHAUN MICHAEL FITCH (1), | ) | |
| ADAM JUDE FITCH (2), | ) | |
| MICHAEL PATRICK FITCH (3), | ) | |
| DANIELLE CHRISTINE LYNCH (4), | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| | | | |

1
2  Please call me if you have any questions about this notice.
3  DATED: May 20, 2008.
4                                              Respectfully submitted,
5                                              KAREN P. HEWITT
                                                United States Attorney
6
                                                s/Sherri W. Hobson
7
                                                _____
8                                              SHERRI W. HOBSON
                                                Assistant United States Attorney
9                                              Attorneys for Plaintiff
                                                United States of America
10                                             Email: sherri.hobson@usdoj.gov
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Appearance
United States v. Shaun Fitch, et al.            2                                08mj1476

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj1476 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| SHAUN MICHAEL FITCH (1), ADAM JUDE FITCH (2), MICHAEL PATRICK FITCH (3), DANIELLE CHRISTINE LYNCH (4), | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Sherri W. Hobson, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**James J. Warner, Esq.**
**John D. Kirby, Esq.**
**Philip A. DeMassa, Esq.**
**Marc B. Geller, Esq.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2008.

s/ Sherri W. Hobson
SHERRI W. HOBSON

Notice of Appearance
United States v. Shaun Fitch, et al.          3                                      08mj1476