FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAUN MICHAEL FITCH (1),<br>ADAM JUDE FITCH (2),<br>MICHAEL PATRICK FITCH (3),<br>DANIELLE CHRISTINE LYNCH (4),<br><br>    Defendants. | Crim. Case No. 08CR1834-BTM<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy To Manufacture Marijuana Plants |

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including May 9, 2008, within the Southern District of California, defendants SHAUN MICHAEL FITCH, ADAM JUDE FITCH, MICHAEL PATRICK FITCH, and DANIELLE CHRISTINE LYNCH, did knowingly and intentionally combine, conspire, and agree with others, to manufacture 100 and more marijuana plants, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

DATED: 6/10/08.

KAREN P. HEWITT
United States Attorney

/s/ Sherri Walker Hobson
SHERRI WALKER HOBSON
Assistant U.S. Attorney