**MARC B. GELLER**
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
State of California Bar No.057083
1202 Kettner Boulevard, Suite 4200
San Diego, California 92101-3342
Telephone:(619) 239-9456
Fax: (619) 239-9334

Attorney for Defendant DANIELLE CHRISTINE LYNCH

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HON. BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08 CR1834-02-BTM |
| Plaintiff, ) | EXPARTE MOTION SHORTENING TIME |
| v. ) | DATE: July 25, 2008 |
| DANIELLE CHRISTINE LYNCH, ) | TIME: 3:30 p.m. |
| Defendant. ) | |

COMES NOW Defendant, DANIELLE CHRISTINE LYNCH, by and through her counsel of record, Marc B. Geller, A.P.C., and respectfully requests that the Court grant an Order shortening time to file defendant's Motion for Discovery to 10 days so that defendant may file said motion on, or before, July 16, 2008.

Defense counsel has spoken with Assistant United States Attorney Sherri Walker Hobson who does not oppose the instant request. Counsel for both the government and all four defendants will be requesting a continuance of the motion hearing, on July 25, 2008, in hopes of reaching a global settlement without a motion hearing.

DATED: July _____, 2008                    Respectfully submitted,

                                                          s/Marc B. Geller
                                                          MARC B. GELLER
                                                          Attorney for Defendant
                                                          DANIELLE CHRISTINE LYNCH