# UNITED SATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: No. 08 CR1834-02-BTM |
| Plaintiff, | ) **ORDER SHORTENING TIME** |
| vs. | ) |
| DANIELLE CHRISTINE LYNCH, | ) |
| Defendant. | ) |

Good cause having been shown, IT IS HEREBY ORDERED that time to file defendant's Motion for Discovery be shortened to 10 days, so that the motion may be filed on or before July 16, 2008.

**IT IS SO ORDERED**

Dated: July 15, 2008

*[signature]*
HON. BARRY T. MOSKOWITZ
UNITED STATES DISTRICT JUDGE