**MARC B. GELLER**
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
State of California Bar No.057083
1202 Kettner Boulevard, Suite 4200
San Diego, California 92101-3342
Telephone:(619) 239-9456
Fax: (619) 239-9334

Attorney for Defendant DANIELLE CHRISTINE LYNCH

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.: 08 CR1834-02-BTM |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| DANIELLE CHRISTINE LYNCH, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED that:

I, MARC B. GELLER, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 1202 Kettner Blvd., Suite 4200, San Diego, California 92101-3343, I am not a party to the above-entitled action.  On July 16, 2008, I caused to be electronically filed via the Document Filing System of the United States District Court for the Southern District of California, a copy of NOTICE OF MOTION AND MOTION FOR DISCOVERY AND INSPECTION AND FOR LEAVE TO FILE ADDITIONAL MOTIONS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DISCOVERY, for electronic service to the Office of the United States Attorney for the Southern District of California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 16, 2008                                         s/ Marc B. Geller
                                                                    MARC B. GELLER

1