```
 1    KAREN P. HEWITT
      United States Attorney
 2    SHERRI WALKER HOBSON
      Assistant U.S. Attorney
 3    California State Bar No. 199232
      Federal Office Building
 4    880 Front Street, Room 6293
      San Diego, California  92101-8893
 5    Telephone:  (619) 557-5027
      Facsimile:  (619) 557-3445
 6    sherri.hobson@usdoj.gov
 7
      Attorneys for Plaintiff
 8    United States of America
 9
10                      UNITED STATES DISTRICT COURT
11                    SOUTHERN DISTRICT OF CALIFORNIA
12    UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR1834BTM
                                     )
13                   Plaintiff,      )
                                     )   JOINT MOTION TO CONTINUE
14          v.                       )   SENTENCING HEARING
                                     )
15    SHAUN MICHAEL FITCH, ET,       )
                                     )
16                   Defendant.      )
                                     )
17
18       THE PARTIES, the Plaintiff, UNITED STATES OF AMERICA, through
19    its attorneys, Karen P. Hewitt, U.S. Attorney, and Sherri Walker
20    Hobson, Assistant U.S. Attorney, and defendants Shaun Fitch, Adam
21    Fitch, Michael Fitch, and Danielle Lynch, through their respective
22    attorneys, stipulate to continue the motion hearing date from July
23    25, 2008, at 9:00 a.m., to September 4, 2008, at 1:30 p.m. Motions
24    //
25    //
26    //
27
28
```

```
1   have been filed by each defendant.  Defendants are out of custody,
2   so they will file separately an acknowledgment of the next date.
3
4         7/24/08                s/James Warner
       DATED                     JAMES WARNER
5                                Attorney for Defendant
                                 SHAUN MICHAEL FITCH
6
7         7/24/08                s/John Kirby
       DATED                     JOHN KIRBY
8                                Attorney for Defendant
                                 ADAM FITCH
9
10        7/24/08                S/PHIL DEMASSA
       DATED                     PHIL DEMASSA
11                               Attorney for Defendant
                                 MICHAEL FITCH
12
          7/24/08                s/ Marc Geller
13     DATED                     MARC GELLER
                                 Attorney for Defendant
14                               DANIELLE LYNCH
15
          7/24/08                S/Sherri Hobson
16     DATED                     SHERRI WALKER HOBSON
                                 Assistant U.S. Attorney
17
18
19
20
21
22
23
24
25
26
27
28
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 05CR0808BEN |
| ) | | |
| Plaintiff, ) | | CERTIFICATE OF SERVICE |
| v. ) | | |
| SHAUN FITCH, ET AL ) | | |
| Defendant. ) | | |

IT IS HEREBY CERTIFIED that:

    I, Sherri Walker Hobson, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

    I am a party to the above-entitled action.  I have caused service of JOINT MOTION FOR CONTINUANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    James Warner, John Kirby, Marc Geller, and Phil DeMassa

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 24, 2008.

                                                              s/ sherri hobson
                                                   SHERRI WALKER HOBSON