1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr1834-BTM |
| Plaintiff, ) | |
| ) | ORDER CONTINUING DATE |
| v. ) | FOR MOTION HEARING |
| ) | |
| SHAUN MICHAEL FITCH, et al., ) | |
| ) | |
| Defendants. ) | |

    Good cause appearing, IT IS HEREBY ORDERED that the motions hearing be continued from July 25, 2008, at 9:00 a.m., to September 4, 2008 at 1:30 p.m.

IT IS SO ORDERED.

DATED: July 24, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge