**MARC B. GELLER**
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
State of California Bar No.057083
1202 Kettner Boulevard, Suite 4200
San Diego, California 92101-3342
Telephone:(619) 239-9456
Fax: (619) 239-9334

Attorney for Defendant DANIELLE CHRISTINE LYNCH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08 CR1834-04-BTM |
| Plaintiff, | JOINT MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| DANIELLE CHRISTINE LYNCH, | DATE: July 25, 2008<br>TIME: 3:30 p.m. |
| Defendant. | |

Defendant, DANIELLE C. LYNCH by and through her counsel of record, Marc B. Geller, A.P.C., and plaintiff, the UNITED STATES AMERICA, by and through its attorneys of records, Karen P. Hewitt, United States Attorney, and Sherri Walker Hobson, Assistant United States Attorney, jointly moved the Court to modify the conditions of pretrial release, to allow defendant, DANIELLE C. LYNCH, to reside

///
///
///
///
///
///
///

1  either with her father, mother, or sister, Candice Lynch.    All other conditions of pretrial release will
2  remain the same.
3
4  Dated: July 28, 2008                                    Respectfully submitted,
5                                                          s/Marc B. Geller
6                                                          MARC B. GELLER
                                                           Attorney for Defendant
7                                                          DANIELLE CHRISTINE LYNCH
8                                                          KAREN P. HEWITT
                                                           United States Attorney
9
10
11 Dated: July 28, 2008                                    s/Sherry W. Hobson
                                                           SHERRY WALKER HOBSON
12                                                         Assistant United States Attorney
13
14 I approve of this request
    Dated: July 29, 2008
15                                                         DANIELLE CHRISTINE LYNCH
                                                           Defendant
16 I approve of this request
    Dated: July 29, 2008
17                                                         GREGORY LYNCH,
                                                           Surety
18
19
20 I approve of this request
                                                           UNITED STATES PRETRIAL SERVICES
21
22
23
24
25
26
27
28