FILED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED SATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIELLE CHRISTINE LYNCH,<br><br>    Defendant. | Case No.: No. 08 CR1834-04-BTM<br><br>**ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby Ordered that the conditions of pretrial release be modified to allow defendant, DANIELLE C. LYNCH, to reside with her father, mother, or sister, Candice Lynch.

**IT IS SO ORDERED**

Dated: July 31, 2008

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE