**MARC B. GELLER**
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
State of California Bar No.057083
1202 Kettner Boulevard, Suite 4200
San Diego, California 92101-3342
Telephone:(619) 239-9456
Fax: (619) 239-9334

Attorney for Defendant DANIELLE CHRISTINE LYNCH

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## (HON. BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DANIELLE CHRISTINE LYNCH,<br><br>   Defendant. | Case No.: 08 CR1834-04-BTM<br><br>JOINT MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

   Defendant, DANIELLE C. LYNCH by and through her counsel of record, Marc B. Geller, A.P.C., and plaintiff, the UNITED STATES AMERICA, by and through its attorneys of records, Karen P. Hewitt, United States Attorney, and Sherri Walker Hobson, Assistant United States Attorney, jointly move the Court to modify the conditions of pretrial release, to allow defendant, DANIELLE C. LYNCH

///
///
///
///
///
///
///

1 | to travel with her mother and sister for a family reunion, by motor vehicle to Laughlin, Nevada on
2 | August 21, 2008, returning to San Diego, California on August 24, 2008.

Dated: August 13, 2008

Respectfully submitted,

s/Marc B. Geller
MARC B. GELLER
Attorney for Defendant
DANIELLE CHRISTINE LYNCH

KAREN P. HEWITT
United States Attorney

Dated: August 13, 2008

s/Sherry W. Hobson
SHERRY WALKER HOBSON
Assistant United States Attorney

I approve of this request
Dated: August __14__, 2008

DANIELLE CHRISTINE LYNCH
Defendant

I approve of this request
Dated: August __14__, 2008

GREGORY LYNCH,
Surety

I approve of this request

UNITED STATES PRETRIAL SERVICES