**MARC B. GELLER**
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
State of California Bar No.057083
1202 Kettner Boulevard, Suite 4200
San Diego, California 92101-3342
Telephone:(619) 239-9456
Fax: (619) 239-9334

Attorney for Defendant DANIELLE CHRISTINE LYNCH

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIELLE CHRISTINE LYNCH,<br><br>Defendant. | Case No.: 08 CR1834-04-BTM<br><br>ACKNOWLEDGEMENT OF DATE SET FOR SENTENCING HEARING |

I, DANIELLE CHRISTINE LYNCH, defendant herein, hereby acknowledges that my next court date is September 5, 2008 at 1:30 p.m.

DATED: August 15, 2008

_____
DANIELLE CHRISTINE LYNCH