**UNITED SATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: No. 08 CR1834-04-BTM |
| Plaintiff, | **ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| DANIELLE CHRISTINE LYNCH, | |
| Defendant. | |

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby Ordered that the conditions of pretrial release be modified to allow defendant, DANIELLE C. LYNCH, to travel with her mother and sister to Laughlin, Nevada, by automobile for a family reunion and returning to San Diego, California on August 24, 2008.

**IT IS SO ORDERED**

Dated:    August 20, 2008

_____
**CATHY ANN BENCIVENGO**
UNITED STATES MAGISTRATE JUDGE